Mylan Laboratories, Inc. et al v. Disner et al                                                                                                    Doc. 8
Case 1:07-cv-00095-IMK   Document 8   Filed 07/24/2007   Page 1 of 1
Case 1:07-cv-00095-IMK   Document 5   Filed 07/20/2007   Page 3 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MYLAN LABORATORIES INC., MYLAN
PHARMACEUTICALS INC. and UDL
LABORATORIES, INC.

     Plaintiff,

               CIVIL NO. 1:07-CV-00095-IMK

ELIOT G. DISNER, ELIOT G. DISNER,
A PROFESSIONAL CORPORATION, and
JOHN AND JANE DOE DEFENDANTS 1-10.

     Defendants.

## ORDER

  Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Adam S. Ennis, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the plaintiffs.

ENTER: _July 24, 2007_

                  /s/ Irene M. Keeley
                  United States District Judge