# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MYLAN LABORATORIES INC., MYLAN
PHARMACEUTICALS INC. and UDL
LABORATORIES, INC.**

      **Plaintiff,**

                                **CIVIL NO. 1:07-CV-00095-IMK**

**ELIOT G. DISNER, ELIOT G. DISNER,
A PROFESSIONAL CORPORATION, and
JOHN AND JANE DOE DEFENDANTS 1-10.**

      **Defendants.**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Adam S. Ennis, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the plaintiffs.

ENTER: _July 24, 2007_

_____
United States District Judge