Mylan Laboratories, Inc. et al v. Disner et al                                                                                    Doc. 9
Case 1:07-cv-00095-IMK    Document 9    Filed 07/24/2007    Page 1 of 1
Case 1:07-cv-00095-IMK    Document 6    Filed 07/20/2007    Page 3 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MYLAN LABORATORIES INC., MYLAN PHARMACEUTICALS INC. and UDL LABORATORIES, INC.**

Plaintiff,

CIVIL NO. 1:07-CV-00095-IMK

**ELIOT G. DISNER, ELIOT G. DISNER, A PROFESSIONAL CORPORATION, and JOHN AND JANE DOE DEFENDANTS 1-10.**

Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ray C. Stoner, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the plaintiffs.

ENTER: July 24, 2007

_____
United States District Judge