# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MYLAN LABORATORIES INC., MYLAN PHARMACEUTICALS INC. and UDL LABORATORIES, INC.**

**Plaintiff,**

**ELIOT G. DISNER, ELIOT G. DISNER, A PROFESSIONAL CORPORATION, and JOHN AND JANE DOE DEFENDANTS 1-10.**

**CIVIL NO. 1:07-CV-00095-IMK**

**Defendants.**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ray C. Stoner, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the plaintiffs.

ENTER: *July 24, 2007*

_____
United States District Judge