IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MYLAN LABORATORIES, INC.,
MYLAN PHARMACEUTICALS, INC.
and UDL LABORATORIES, INC.,

    Plaintiffs,

v.                         CIVIL ACTION NO. 1:07CV95
                            (Judge Keeley)

ELIOT G. DISNER,
ELIOT G. DISNER, a Professional
Corporation, JOHN/JANE DOE,

    Defendants.

## ORDER

Upon review of the motion for admission _pro hac vice_ of Eliot G. Disner to appear in this matter _pro hac vice_, and finding it proper to do so, the Court **GRANTS** the application (Docket No. 10).

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

DATED: August 21, 2007

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE