IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

MYLAN INC. (F/K/A MYLAN
LABORATORIES INC.), MYLAN
PHARMACEUTICALS INC. and UDL
LABORATORIES INC.

              Plaintiffs,              NO. 07-cv-00095-IMK

v.

ELIOT G. DISNER, A PROFESSIONAL
CORPORATION,

              Defendants.

## **STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereto stipulate to the voluntary dismissal of this action, with prejudice.

Respectfully submitted this 21st day of September, 2009.

| /s/ Jamison H. Cropp | /s/ Adam S. Ennis (by jhc w/ permission) |
|---|---|
| Daniel C. Cooper (WV Bar No. 5476) | Julia Chico Abbitt (WV Bar No. 5796) |
| dan.cooper@cooperlawwv.com | jcabbitt@jacksonkelly.com |
| Jamison Cropp (WV Bar No. 8043) | Jackson Kelly PLLC |
| jami.cropp@cooperlawwv.com | 150 Clay Street, Suite 500 |
| Cooper Law Offices, PLLC | Morgantown, WV 26501 |
| 240 West Main Street | Telephone: 304-284-4100 |
| Bridgeport, WV 26330 | Facsimile: 304-284-4142 |
| Telephone: 304-842-0505 | |
| Facsimile: 304-842-0544 | Adam S. Ennis |
| ***Attorneys for Eliot G. Disner, a Professional Corporation*** | Ray C. Stoner |
| | Jackson Kelly PLLC |
| | Three Gateway Center, Suite 1340 |
| | 401 Liberty Avenue |
| | Pittsburgh, PA 15222 |
| | 412-434-8055 |
| | ***Attorneys for Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories Inc.*** |